HAMAR & HAMAR
A Professional Corporation
Attorneys at Law
9454 Wilshire Blvd, Penthouse
Beverly Hills, CA  90210
(310) 550-0460, fax 310-550-0461
hamar@pacbell.net

MARIA RIVAS HAMAR, Bar no. 152751
Attorney for the Consulate of Colombia

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Petitioner. <br><br> v. <br><br> FELIPE CAICEDO BARRAGAN <br><br> Defendant. | CASE NO. 3:06CR01401-JAH-1 <br> NOTICE OF FILING OF EXTRADITION DOCUMENTS BY THE CONSULATE OF COLOMBIA  RE: DEFENDANT FELIPE CAICEDO BARRAGAN DIPLOMATIC NOTE, ACT OF DELIVERY, AND TRANSLATIONS |

**COMES NOW,** the Consulate of Colombia, through their counsel, Maria Rivas Hamar, Esq. and as requested by the Ministry of Foreign Relations of Colombia, hereby files the following document related to the extradition of Defendant **FELIPE CAICEDO BARRAGAN** :

- Diplomatic Note, Act of Delivery and Translations .

Dated: June 1, 2010      /s/  MARIA RIVAS HAMAR, ESQ.
                         /s/MARIA RIVAS HAMAR, ESQ.
                         ATTORNEY FOR THE COLOMBIAN CONSULATE
                         hamar@pacbell.net

No. 1131

The Embassy of the United States of America presents its compliments to the Ministry of Foreign Relations of the Republic of Colombia and has the honor to refer to the Ministry diplomatic note No. OAJ.E. 940, dated May 8, 2009, in which the Ministry informs the Embassy that the Government of Colombia has approved the extradition of Colombian fugitive Felipe Caicedo Barragán pursuant to Resolution No. 096, dated March 26, 2009.

Furthermore, the Embassy takes note that the Ministry requests as a condition for the extradition of Felipe Caicedo Barragán assurances that he will not be subject to "forced disappearance," torture or cruel and unusual punishment, degrading or inhumane treatment, "exile," life imprisonment, "confiscation without due process of law," or the imposition of the death penalty.

Although the maximum statutory penalty for the charges for which extradition is sought is life imprisonment, the Government of the United States assures the Government of Colombia that a sentence of life imprisonment will not be sought or imposed if Caicedo Barragán is extradited to the United States.

Regarding the death penalty assurance requested in the aforementioned Ministry note, the United States Government does not believe that such assurance is necessary in this case. Pursuant to the criminal laws of the United States, the death penalty is not an authorized punishment for the offenses for which Caicedo Barragán's extradition is sought. Therefore, the death penalty cannot be requested or imposed in this case.

-2-

Regarding other assurances requested in the aforementioned Ministry note, the Government of the United States assures the Government of Colombia that no person extradited to the United States from Colombia will be subject to torture or cruel and unusual punishment, nor the forfeiture of property without due process of law.

The Embassy of the United States of America avails itself of this opportunity to renew to the Ministry of Foreign Relations of the Republic of Colombia the assurances of its highest consideration.

Embassy of the United States of America

Bogotá, D.C., May 18, 2009

TRADUCCION NO OFICIAL

No. 1131

La Embajada de los Estados Unidos de América saluda muy atentamente al Ministerio de Relaciones Exteriores de la República de Colombia y tiene el honor de referirse a la nota diplomática de ese Ministerio No. OAJ.E. 940, de fecha 8 de mayo de 2009, mediante la cual el Ministerio informa a la Embajada que el Gobierno de Colombia aprobó la extradición de Felipe Caicedo Barragán, fugitivo de nacionalidad colombiana, de conformidad con la Resolución No. 096, de fecha 26 de marzo de 2009.

Además, la Embajada toma nota de que el Ministerio solicita como condición para la extradición de Felipe Caicedo Barragán se le garantice que él no será sometido a "desaparición forzada", a torturas ni a tratos o penas crueles, inhumanas o degradantes, "exilio", prisión perpetua, "confiscación sin el debido proceso legal", o a la imposición de la pena de muerte.

Aun cuando la pena máxima legal para los cargos por los cuales se ha solicitado la extradición es la prisión perpetua, el Gobierno de los Estados Unidos le garantiza al Gobierno de Colombia que la sentencia de prisión perpetua no será solicitada ni impuesta si Caicedo Barragán es extraditado a los Estados Unidos.

En relación con la garantía sobre la pena de muerte requerida mediante la nota de ese Ministerio anteriormente mencionada, el Gobierno de los Estados Unidos no considera que dicha garantía sea necesaria en este caso. De conformidad con las leyes penales de los Estados Unidos, la pena de muerte no es una sanción autorizada para los delitos por los cuales se solicitó la extradición de Caicedo Barragán. Por lo tanto, la pena de muerte no puede ser solicitada ni impuesta en este caso.

-2-

En relación con las demás garantías solicitadas en la nota del Ministerio anteriormente mencionada, el Gobierno de los Estados Unidos se permite garantizar al Gobierno de Colombia que ninguna persona que sea extraditada de Colombia a los Estados Unidos será sometida a tortura ni a tratos o penas crueles e inusuales, ni a la confiscación de bienes sin el debido proceso legal.

La Embajada de los Estados Unidos de América aprovecha la oportunidad para renovar al Ministerio de Relaciones Exteriores de la República de Colombia las seguridades de su más alta y distinguida consideración.

Embajada de los Estados Unidos de América

Bogotá, D.C., 18 de mayo de 2009

1  THIS IS NOT AN OFFICIAL TRANSLATION

2  NATIONAL POLICE OF COLOMBIA, CRIMINAL INVESTIGATION SECTION

3  ACT OF DELIVERY OF EXTRADITABLE

In Bogota, District of the Capitol, on the 16th day of June, 2009 at 08:40 hours, **FELIPE CAICEDO BARRAGAN**, is delivered and identified with cedula of citizenship number 6.499.496 obtained in the District of Tulua, Valle del Cauca, to Special Agent of the DEA WILLIEM TODD ARMSTRONG, commissioned by the Embassy of the United States of America to receive and transfer him pursuant to the order (oficio) without number with the date of June 5, 2009, , sent by the Embassy of the United States, done pursuant to Order (oficio) number DAI 006090 of the date of May 22, 2009, provided by the Attorney General of the Nation and signed by Doctor LILIANA ROMERO TOVAR, Director of International Affairs, in which she communicates the extradition, according to Executive Resolution No. 096 of March 26, 2009, of this citizen to the United States of America; who will go before the Court of the Southern District of California.

Official who is receiving the Extraditable:

WILLIAM TODD ARMSTRONG
Special Agent of the DEA

Officials who are delivering:

BG LUIS GILBERTO RAMIREZ CALLE
Director of Criminal Investigations DIJIN

CM. CARMEN CECILIA CORTINA CASSIANIS
Chief of Captures and Penitentiary Coordination

STAMP

FINGERPRINTS

Notice of Filing By Consulate of Colombia
of Extradition documents re: Caicedo Barragan

MINISTERIO DE DEFENSA NACIONAL
POLICÍA NACIONAL



DIRECCIÓN DE INVESTIGACIÓN CRIMINAL

ACTA DE ENTREGA DE EXTRADITABLE

En Bogotá Distrito Capital, a los dieciséis (16) días del mes de Junio del año dos mil nueve (2009), a las ___ horas se hace entrega del señor **FELIPE CAICEDO BARRAGÁN** identificado con la cédula de ciudadanía número 6.499.496 expedida en el Municipio de Tulua - Valle del Cauca, al Agente Especial de la DEA **WILLIAM TODD ARMSTRONG** comisionado por la Embajada de Estados Unidos de América, para recibirlo y trasladarlo según oficio sin número de fecha cinco (05) del mes de Junio del año dos mil nueve (2009), enviado por la Embajada de los Estados Unidos, facultados mediante oficio número DAI 006090 de fecha veintidós (22) del mes de Mayo del año 2009, emanado de la Fiscalía General de la Nación, suscrito por la Doctora **LILIANA ROMERO TOVAR** Directora de Asuntos Internacionales (A), en el cual comunica la extradición según Resolución Ejecutiva No. 096 del día 26 del mes de Marzo del año 2009, del precitado ciudadano a los Estados Unidos de América; quién deberá comparecer ante la Corte del Distrito Sur de California.

Funcionario que recibe al Extraditable.

**WILLIAM TODD ARMSTRONG**
Agente Especial de la DEA

Funcionarios que entregan

**BG. LUIS GILBERTO RAMÍREZ CALLE**
Director de Investigación Criminal - DIJIN

**CM. CARMEN CECILIA CORTINA CASSIANIS**
Jefe Grupo Capturas y Coordinación Penitenciaria

HUELLA PULGAR         HUELLA ÍNDICE

MANO DERECHA DEL SEÑOR FELIPE CAICEDO BARRAGÁN

E-mail: jefatarcon@dijin.policia.gov.co
Avenida el Dorado No. 75 - 25 Barrio Modelia Telefax: 4266919 - 4266331

Pág. 1 de 1



BICENTENARIO
de la República de Colombia
1810 - 2010

PROOF OF SERVICE

I, MARIA RIVAS HAMAR, declare: I am a citizen of the United States; I am over the age of eighteen years and not a party to this action; my business address is 9454 Wilshire Blvd, PH, Beverly Hills, CA 90212.

On June 1, 2010, I electronically filed the Notice of Filing on behalf of the Consulate of Colombia of Extraditions documents to all attorneys of record on the electronic filing list of the court in this matter. I also mailed a courtesy copy to the Judge's chambers.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

This was executed on the above stated date at Beverly Hills, California.

                                                /s/ Maria Rivas Hamar

                                                /s/MARIA RIVAS HAMAR